AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

AFEWORKI H. GHIRMAI,

     Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER: **3:05-CV-00245-LRH-RAM**

LENARD VARE, et al.,

     Respondents.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus (docket #4) is **DENIED.**

  May 16, 2008                                **LANCE S. WILSON**
                                                    Clerk

                                               /s/ Pamela McDonald
                                                  Deputy Clerk